Douglas P. Farr (#13208)
Jacob D. Barney (#16777)
**BUCHALTER, P.C.**
111 South Main Street
Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
dfarr@buchalter.com
jbarney@buchalter.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NANCY BOLDT, an individual; and CANARY GARDEN, INC., a domestic non-profit corporation,<br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FORK CITY, a political subdivision of the state of Utah; and OFFICER JAY M. CHRISTENSEN, an officer of the American Fork Police Department, in both his individual and official capacities,<br><br>Defendants. | **NOTICE OF DEPOSITION OF JAY CHRISTENSEN**<br><br>Civil No. 2:20-cv-00817-TC-DAO<br><br>Judge Tena Campbell |

Please take notice that, under Utah Rules of Civil Procedure 30(b)(1), counsel for Plaintiffs will take the deposition of Defendant Jay Christensen before a certified court reporter at the law offices of Buchalter, P.C., 36 S. State Street, Suite 800 Salt Lake City, UT 84111-1759, on **November 21, 2022**, beginning at **2:00 p.m.** and continuing until completed.

The deposition will be recorded by audio, audiovisual, and/or stenographic means.

**DATED**: October 28, 2022.

**BUCHALTER, P.C.**

*/s/ Douglas P. Farr*
Douglas P. Farr
Jacob D. Barney
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, a true and correct copy of the foregoing NOTICE OF DEPOSITION OF JAY CHRISTENSEN was served via email to the following:

Stewart B. Harman
Colton Alan Matheson
PLANT, CHRISTENSEN & KANELL
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
sharman@pckutah.com
cmatheson@pckutah.com
*Attorney for Defendant Jay M. Christensen*

Robert L. Janicki, #5493
Michael L. Ford, #8586
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
rjanicki@strongandhanni.com
mford@strongandhanni.com
*Attorneys for Defendant American Fork City*

*/s/ Douglas P. Farr*
Douglas P. Farr