IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NANCY BOLDT, an individual; and CANARY GARDEN, INC., a domestic non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FORK CITY, a political subdivision of the state of Utah; OFFICER JAY M. CHRISTENSEN, an officer of the American Fork Police Department, in both his individual and official capacities,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF CASE**<br><br>Case No. 2:20-cv-00817-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Having considered the Parties' Stipulated Motion for Dismissal of Case, and for good cause appearing, the Court GRANTS the motion (ECF No. 48). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that the above-captioned matter is dismissed with prejudice, with each party bearing their own costs.

DATED this 24th day of April, 2023.

BY THE COURT:

_____
Tena Campbell
U.S. District Court Judge